```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09921
    LASHUN D COLE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-5229

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/01/2007 and was confirmed 01/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   11.00%.

     The case was dismissed after confirmation 05/01/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
AMERICAN COLLECTION        UNSECURED       NOT FILED           .00            .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED           .00            .00
REAL TIME RESOLUTION       CURRENT MORTG    1712.11            .00        1712.11
BENEFICIAL HFC             UNSECURED       NOT FILED           .00            .00
CAPITAL ONE                UNSECURED        1732.82            .00            .00
CHASE HOME FINANCE LLC     NOTICE ONLY     NOT FILED           .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED           .00            .00
FISHER & SHAPIRO           NOTICE ONLY     NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1305.56            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED           .00            .00
PIERCE & ASSOC             NOTICE ONLY     NOT FILED           .00            .00
ISAC                       UNSECURED       22815.15            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        1714.05            .00            .00
CHASE HOME FINANCE LLC     CURRENT MORTG    6544.29            .00        6544.29
CHASE HOME FINANCE LLC     MORTGAGE ARRE   19924.79            .00            .00
SAM'S CLUB                 UNSECURED       NOT FILED           .00            .00
REAL TIME RESOLUTION       MORTGAGE ARRE    3502.92            .00            .00
AMERICAN GENERAL FINANCE   SECURED VEHIC    2090.20            .00         364.20
ROUNDUP FUNDING LLC        UNSECURED        2259.10            .00            .00
B-REAL LLC                 UNSECURED        1990.60            .00            .00
B-REAL LLC                 UNSECURED        1502.73            .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY             .00            .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED            .00            .00            .00
SECOND START               DEBTOR ATTY     2,654.00                           .00
TOM VAUGHN                 TRUSTEE                                         743.55
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                9,364.15

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 09921 LASHUN D COLE
```

```
PRIORITY                                                             .00
SECURED                                                         8,620.60
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                              743.55
DEBTOR REFUND                                                        .00
                                        ---------------   ---------------
TOTALS                                         9,364.15          9,364.15
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 08/26/08                           /s/ Tom Vaughn
                                                                       _____
                                                                         TOM VAUGHN
                                                                         CHAPTER 13 TRUSTEE